UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIE LEANDER RUNNER,<br><br>Defendant. | Case No. 2:08-CR-00273-TLN<br><br>**ORDER FOR DISCLOSURE OF PROBATION PRESENTENCE AND PRETRIAL SERVICE RECORDS** |

This matter is before the Court pursuant to a request for the release of Defendant Antonie Leander Runner's ("Defendant") probation and pretrial service records. (ECF No. 28.) The Defendant was placed on probation by this Court in 2010. (ECF No. 4.) Sometime in 2011, the Defendant moved to Washington and was residing at a federal halfway house in Pierce County. (ECF No. 28 at 1.) The Defendant then brought a civil action against Pierce County, Andrea Shaw Conger and Sandra Estep, alleging that he was wrongfully required to register as a sex offender in Washington State by the Pierce County Sherriff's Department. (ECF No. 28 at 1.) During the course of litigation in that matter, an issue has arisen as to whether the federal halfway house or federal probation directed the Defendant to register. (ECF No. 28 at 1–2.) Accordingly, Andrea Shaw Conger, one of the defendants in the civil suit brought by Defendant Runner, now requests a copy of Defendant Runner's probation records in the hopes that it may reveal why he was required to report to local law enforcement agencies. (ECF No. 28 at 1–2.)

1

In July of 2015, the Court received a memorandum from Probation asking the Court to approve the requested release of Defendant's probation records made by the Pierce County Office of the Prosecuting Attorney. (ECF No. 27.) At that time, the Court declined to release the records because the parties had not complied with Local Rule 461(b). (ECF No. 27.) Local Rule 461(b) provides the mechanism for seeking probation records in this court:

> Any applicant seeking an order authorizing further disclosure of confidential records maintained by the probation or pretrial services offices shall file a written petition to the Court establishing with particularity the need for the specific information in the records. Requests for disclosure made to probation or pretrial services are improper.

Andrea Shaw Conger now petitions this Court for release of Defendant Runner's probation records. (ECF No. 28.) The Court has reviewed the motion and accompanying declarations and finds that Ms. Shaw Conger has stated with particularity the need for the information. The Court agrees that the probation records will assist the defense in the civil action defendant Runner has brought against Pierce County and Ms. Shaw Conger. Additionally, it appears that Defendant previously signed a release authorizing Pierce County to have the records. (ECF No. 28 at 19.) Accordingly, the Court hereby orders Probation to release the probation and pretrial records of Defendant Runner in the above titled case to:

> Regan Furcolo, attorney for Andrea Shaw Conger
> Walsh McKean Furcolo LLP
> 550 West C Street, Suite 950
> San Diego, CA 92101

IT IS SO ORDERED.

Dated: June 16, 2016

_____
Troy L. Nunley
United States District Judge